[No. 44003-9-I.    Division One.    January 24, 2000.]

PETER H. BYERS, ET AL., *Appellants*, v. UNITED SERVICES
AUTOMOBILE ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-08413-0, William L. Downing, J., entered
November 13, 1998. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Coleman and Appelwick, JJ.

[No. 44316-0-I.    Division One.    January 24, 2000.]

DIANNE DAVES, ET AL., *Appellants*, v. THE SOUTHLAND
CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-05149-3, Robert S. Lasnik, J., entered
October 30, 1998. *Affirmed* by unpublished opinion per El-
lington, J., concurred in by Kennedy, C.J., and Coleman, J.

[No. 44409-3-I.    Division One.    January 24, 2000.]

THUAN DINH, ET AL., *Appellants*, v. CRAIG SALINS, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-19899-1, Peter Jarvis, J., entered April 2,
1999. *Affirmed* by unpublished per curiam opinion.

[No. 44503-1-I.    Division One.    January 24, 2000.]

ANITA S. ALEXANDER, *Appellant*, v. CAROLE Z. ANDERSON,
*Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-2-08804-2, Richard J. Thorpe, J.,
entered March 26, 1999. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Webster and Becker, JJ.